IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:20-cv-255-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex. rel. MARCOS ARELLANO ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MY MOVE, LLC and RED VENTURES ) | |
| LLC, ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning **Adam Pollock** (Doc. No. 2), which was filed May 4, 2020.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(B), Mr. Pollock is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Randy Withers.

**IT IS SO ORDERED.**

Signed: May 5, 2020

Graham C. Mullen
United States District Judge