# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-255-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARCOS ARELLANO, | )<br>)<br>) |
| Plaintiff/Relator, | )<br>) |
| v. | ) **ORDER** |
| MYMOVE, LLC, and RED VENTURES, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "United States of America's Unopposed Motion For Partial Lifting Of Seal" (Document No. 26) filed October 19, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the United States requests that this Court issue an order granting the partial unsealing of the *qui tam* Complaint to permit the United States, in its discretion, to disclose the existence of the allegations in the Complaint, and/or a copy of the Complaint, to Defendants and/or Defendants' counsel.

**IT IS, THEREFORE, ORDERED** that the "United States of America's Unopposed Motion For Partial Lifting Of Seal" (Document No. 26) is **GRANTED**, and the United States may, in its discretion, disclose the existence of, allegations in, and/or a copy of this *qui tam* Complaint, to Defendants and/or Defendants' counsel.

**IT IS FURTHER ORDERED** that the Complaint (Document No. 1) and all other matters and pleadings filed in this case shall remain under **SEAL** until and except as otherwise ordered by the Court.

Signed: October 19, 2022

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.