# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-255-RJC-DCK  *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARCOS ARELLANO, | ) ) ) |
| Plaintiff/Relator, | ) ) |
| v. | ) **ORDER** ) |
| RED VENTURES, LLC, and MYMOVE, LLC, | ) ) ) ) |
| Defendants. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on "The United States' Notice Of Election To Intervene In Part And To Decline To Intervene In Part" (Document No. 37) filed January 30, 2023. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the Notice, the parties' agreements discussed therein, and the record, the Court adopts the Government's proposed order as follows.

**IT IS, THEREFORE, ORDERED** that:

1. the United States shall file its Complaint In Intervention within **sixty (60) days**, and serve the Complaint, together with this Order, pursuant to the Federal Rules of Civil Procedure;

2. the Relator shall serve his Complaint upon Defendants within **sixty (60) days**;

3. the United States is directed to file a motion to unseal either concurrently with or before the filing of its Complaint In Intervention;

4. the case shall remain under **SEAL** until otherwise ordered by the Court;

5. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and are entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and

8. should the Relator or Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, they will solicit the written consent of the United States and inform the Court of the United States' position.

**SO ORDERED**.

Signed: January 31, 2023

David C. Keesler
United States Magistrate Judge