# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:20-CV-255-RJC-DCK  *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARCOS ARELLANO, | ) ) ) |
| Plaintiff/Relator, | ) ) |
| v. | )    **ORDER** ) |
| RED VENTURES, LLC, and MYMOVE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Seal" (Document No. 35) filed January 27, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

The undersigned notes that since the instant motion was filed, "The United States' Notice Of Election To Intervene In Part And To Decline To Intervene In Part" (Document No. 37) was filed on January 30, 2023. The Government's Notice reports that the parties agree that this case should remain under seal until the Government either files a Complaint In Intervention or a Notice Of Settlement. (Document No. 37, pp. 3-4). Moreover, the parties agree that the Government will file a motion to unseal either concurrently with or before filing a Complaint In Intervention, and that Defendants may renew their motion to seal at that time. <u>Id.</u>

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Seal" (Document No. 35) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Complaint (Document No. 1) and this case will remain **SEALED** until otherwise ordered by the Court.

**SO ORDERED**.

Signed: January 31, 2023

David C. Keesler
United States Magistrate Judge