IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-255-RJC-DCK   *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARCOS ARELLANO, <br><br>　　　　　Plaintiff/Relator, <br><br>　v. <br><br>MYMOVE, LLC, and RED VENTURES, LLC, <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Consent Motion To Unseal" (Document No. 42) filed May 25, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Consent Motion To Unseal" (Document No. 42) is **GRANTED**.

**IT IS FURTHER ORDERED** that:

1. The *qui tam* Complaint (Document No. 1) and United States' extension memoranda (Document Nos. 9, 12, 17, 21, 24, and 32) **shall remain under seal**.

2. All other documents in this case shall be unsealed.

3. The seal shall be lifted as to all other matters filed in this action after the date of this Order.

4. The Relator shall file a redacted *qui tam* Complaint matching the redactions proposed in the "Consent Motion to Unseal" (Document No. 42) on or before **May 30, 2023**.

5. The Court will consider any objection to this Order from non-parties as an objection to the motion, requiring no additional burden for any non-party under the Federal Rules of Civil Procedure. See LCvR 6.1(e).

**SO ORDERED**.

Signed: May 25, 2023

_____
David C. Keesler
United States Magistrate Judge