UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-255-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MARCOS ARELLANO, <br><br> Plaintiff/Relator, <br><br> v. <br><br> MYMOVE, LLC and RED VENTURES, LLC, <br><br> Defendants. | |

The United States and Relator Marcos Arellano, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), and Rule 41(a) of the Federal Rules of Civil Procedure filed a Stipulation of Dismissal of Claims against Defendants MYMOVE, LLC and Red Ventures, LLC. (Doc. No. 45). Having read and considered the Stipulation and the papers on file in this action, it is hereby ORDERED that:

1. Consistent with the terms and conditions of the Settlement Agreement (Doc. No. 41-1) executed by the United States, Relator, and Defendants:

   a. All claims and causes of action set forth in the *qui tam* complaint shall be dismissed with prejudice as to Relator;

   b. All claims and causes of action set forth in the *qui tam* complaint and brought on behalf of the United States against Defendants for the Covered Conduct, as that term is specifically defined in Paragraph C of the March 31, 2023, Settlement Agreement between the United States, Relator, and Defendants shall be dismissed with prejudice as to the United States;

c. All other claims against Defendants shall be dismissed without prejudice to the United States.

2. The Court will retain jurisdiction to the extent necessary to enforce the terms of the Settlement Agreement.

3. Consistent with this Court's prior Order, (Doc. No. 43), unsealing the case, the *qui tam* Complaint, (Doc. No. 1), and United States' extension memoranda (Doc. Nos. 9, 12, 17, 21, 24, and 32), shall remain under seal.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Signed: June 16, 2023

_____
Robert J. Conrad, Jr.
United States District Judge